UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 6:24-cv-01137-PGB-RMN

HOWARD COHAN,

    Plaintiff,

v.

SEA HARBOR HOSPITALITY, LLP
a Limited Liability Partnership
d/b/a HAMPTON INN AND SUITES
ORLANDO SEAWORLD,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN and Defendant SEA HARBOR HOSPITALITY, LLP, by and through their respective undersigned counsel, pursuant to M.D. Fla. Local Rule 3.09, hereby jointly give notice that they have reached a settlement in principle of this action. The parties anticipate submitting a stipulation for dismissal with prejudice within thirty (30) days.

[This space intentionally left blank. Signature blocks appear on following page.]

Dated:  August 2, 2024                          Respectfully submitted,

| | |
|---|---|
| *s/ Gregory S. Sconzo* | *s/ Adam S. Chotiner*[1] |
| Gregory S. Sconzo, Esq. | Adam S. Chotiner, Esq. |
| E-Mail: greg@sconzolawoffice.com | E-Mail: achotiner@sbwh.law |
| Sconzo Law Office, P.A. | Shapiro, Blasi, Wasserman |
| 3825 PGA Boulevard, Suite 207 |   & Hermann, P.A. |
| Palm Beach Gardens, FL 33410 | 7777 Glades Rd., Suite 400 |
| Telephone: (561) 729-0940 | Boca Raton, FL  33434 |
| Facsimile: (561) 491-9459 | Tel: (561) 477-7800 |
| Trial Counsel for Plaintiff | Fax: (561) 477-7722 |
| | Trial Counsel for Defendant |

---

[1] Plaintiff's counsel Gregory S. Sconzo has provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, causing a copy to be served on all counsel of record.

                                      *s/ Adam S. Chotiner*
                                      ADAM S. CHOTINER, ESQ.
                                      Florida Bar No. 0146315
                                      E-Mail: achotiner@sbwh.law
                                      SHAPIRO, BLASI, WASSERMAN
                                       & HERMANN, P.A.
                                      7777 Glades Rd., Suite 400
                                      Boca Raton, FL  33434
                                      Tel:  (561) 477-7800
                                      Fax: (561) 477-7722
                                      *Trial Counsel for Defendant*